UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH ) <br> OF THE PREMISES KNOWN AS ) <br> 31 ADAMS AVENUE, ROCHESTER ) <br> NH AND ALL PEOPLE AND ) <br> VEHICLES IN/ON THE PREMISES ) | Case No. 21-mj-146-01-AJ <br><br> FILED UNDER SEAL |

MOTION TO SEAL AT LEVEL I: ENITRE MATTER
RELATED TO APPLICATION FOR SEARCH WARRANT

In the above captioned case, the United States of America respectfully moves to seal at Level II the entire matter related to the Application for a Search Warrant, including the application, the supporting affidavit, any search warrant that may issue, the resulting return, this motion, and the corresponding docket text entries for **90** days, expiring on **June 28, 2021.**

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should seal these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation. Specifically, the supporting affidavit contains information identifying potential targets of the investigation. Investigators believe that those targets are unaware that they are considered suspects or are unaware of the incriminating evidence investigators have gathered against them. Should information identifying those targets and the evidence against them be released, it may cause them to flee, destroy evidence, or change their patterns of behavior.

Motion To Seal Entire Matter Related to Search Warrant Application
Page 2 of 2

      This motion is not intended to preclude the executing officer from serving a copy of the warrant and a receipt for any property seized as required by Federal Rule of Criminal Procedure 41(f)(1)(C).

                                                Respectfully submitted,

                                                JOHN J. FARLEY
                                                Acting United States Attorney

Dated: June 4, 2021                By: /s/ Kasey Weiland
                                            Kasey Weiland
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            53 Pleasant Street, 4th Floor
                                            Concord, NH   03301
                                            (603) 225-1552
                                            kasey.weiland2@usdoj.gov

Motion:      ☑ Granted    ☐ Denied

*Andrea K. Johnstone* (signature)

Andrea K. Johnstone
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: **Jun 4, 2021**